UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                              No. 2:09-cv-02796-MCE-DAD

Paul Sandner Moller and
Rosa Maria Moller,

          Debtors.
_____

GREGORY HOUSE and JENNIFER
HOUSE,

          Plaintiffs,

     v.                             **ORDER**

PAUL MOLLER AND ROSA MARIA
MOLLER; and DOES 1-25
inclusive,

          Defendants.
_____

AND CONSOLIDATED ACTIONS.
_____/

///

///

///

1

1    Edward R. Foss and Dana Foss ("the Fosses") who are

2 Plaintiffs and Cross-Defendants in the above captioned

3 consolidated adversary proceedings currently pending in the

4 Debtors' bankruptcy case, have moved to withdraw the reference of

5 those proceedings to the Bankruptcy Court on grounds, *inter alia*,

6 that they declined to consent to have the matter heard before the

7 Bankruptcy Court, that they further refused to waive their right

8 to a jury trial, and that the Bankruptcy Court has determined the

9 matter, in part, to be a non-core proceeding.  As a non-core

10 proceeding, the Fosses cite Ninth Circuit precedent in

11 maintaining that it would be an abuse of a discretion for this

12 Court not to grant their withdrawal motion.  In re Cinematronics,

13 Inc., 916 F.2d 1444, 1451 (9th Cir. 1990).

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

No opposition has been filed to the Fosses' Motion.  Given that non-opposition, and good cause appearing therefor, the instant Motion (Docket No. 1) is accordingly GRANTED.[1]  The referral of the adversary proceedings to Bankruptcy Court is hereby withdrawn.  The Bankruptcy Court shall conduct no further hearings, or make any additional rulings, orders, or findings, with respect to the subject adversary proceedings.

IT IS SO ORDERED.

Dated: January 5, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g)