**JOSEPH E. MALONEY**
ATTORNEY AT LAW

SBN 95458
660 Auburn Folsom Road, Suite 202-D
Auburn, California 95603
Telephone: (530) 885-7787
E-mail: joseph.maloney@jmaloneylaw.com

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY HOUSE, et al., | No. CIV. 2:09-cv-02796 MCE-DAD |
| Plaintiffs, | **TEMPORARY RESTRAINING ORDER** |
| v. | |
| PAUL SANDNER MOLLER, ET AL., | |
| Defendants | |

This matter came on for hearing on plaintiffs' application for a temporary restraining order. The parties appeared through their counsel. After due consideration of the pleadings, documents and arguments, the Court issues the following order:

Defendants Edward and Dana Foss, either in their individual capacity or in their capacity or capacities as trustees on their notes of deed of trust, shall not proceed with any steps to prepare for or conduct the Trustee's Sale on the Deed of Trust on the property that is the subject of this lawsuit until further order from this Court. The sale currently calendared for November 15, 2011 as stated in the Notice of Trustee's Sale (Dock. 20 at 38 et seq of 45) shall not be conducted, and shall be and hereby is vacated.

1  No bond shall be required.

2  The motion for preliminary injunction is calendared for December 1, 2011,
3  at 2:00 p.m.  Defendants shall file any opposition as prescribed in the Local
4  Rules of this District.

5  This Order is issued on the date below at _____ M.

6  IT IS SO ORDERED.

8  Dated:

   _____
   MORRISON C. ENGLAND, JR.
   United States District Judge