UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GREGORY HOUSE, ET AL.,  　　　No. 2:09-cv-02796-MCE-DAD

　　　Plaintiffs,

　　v.　　　　　　　　　　　　ORDER CONTINUING TRIAL

PAUL SANDNER MOLLER, ET AL.,

　　　Defendants.
_____/

　　YOU ARE HEREBY NOTIFIED the April 29, 2013 jury trial is vacated and continued to **January 21, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **October 31, 2013.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

　　Accordingly, the March 7, 2013 Final Pretrial Conference is vacated and continued to **November 14, 2013**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **October 24, 2013** and shall comply with the procedures outlined in the Court's May 12, 2010 Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **October 24, 2013.**  Oppositions must be filed by **October 31, 2013** and any reply must be filed by **November 7, 2013.**  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: February 11, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE