BLACK & RICE LLP
Robert N. Black, SBN 70178
*rblack@attyblack.com*
Martha D. Rice, SBN 262100
*mrice@attyblack.com*
Autumn E. Luna, SBN 288506
*aluna@attyblack.com*
The McNulty House
710 H Street
Crescent City, CA 95531
Tel:   707-464-7637
Fax:   707-464-7647

*Attorneys for Plaintiffs Gregory and Jennifer House*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY HOUSE, et al., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL SANDNER MOLLER, et. al., <br><br> Defendant | Case No.: 2:09-cv-02796 TLN-DAD <br><br> **DECLARATION OF AUTUMN E. LUNA IN SUPPORT OF PLAINTIFFS SEPARATE PRETRIAL STATEMENT** <br><br> **Date: April 10, 2014** <br> **Time: 2:00 p.m.** <br> **Place: Courtroom No. 2** |

I, AUTUMN E. LUNA, declare as follows:

1. I am the attorney for Plaintiffs Gregory and Jennifer House in the above-referenced case. My office has represented the Houses since December of 2012. The case was filed in Solano County Superior Court in 2007, was removed to the Bankruptcy Court in 2009, before being brought to this Court in 2010. At all times during this case the Houses have been represented by legal counsel.

2. To the best of my knowledge the Mollers have been *pro se* for the entirety of this District Court case until last Friday, March 21, 2014, when Peter Glick filed a Proposed Substitution of Attorney. (Docket No. 83.) I communicated with Mr. Glick that same day.

DECLARATION OF AUTUMN E. LUNA - CASE NO. 2:09-CV-02796   –   1

3. To the best of my knowledge, until Daniel Raff filed a Proposed Substitution of Attorney with this Court today, March 27, 2014, the Fosses have been *pro se* since Douglas Akay's Motion to Withdraw as Attorney was granted on April 9, 2012. (Docket No. 63.) Mr. Raff and I have been in communication since Monday, March 24, 2014.

4. I worked diligently with both Mr. Glick and Mr. Raff over the past few days to attempt to create a joint statement that accurately reflected both the disputed and the undisputed facts in this case. All parties spent many hours on the joint statement, attempting to honor the Court's direction that we file a joint statement concurrently with Plaintiffs' Separate Statement.

5. It is my sincere belief that because of their very new involvement with the case, attorneys Raff and Glick did not have adequate time to understand that there are relatively few material disputed facts in this case. As such, my clients and I found it impossible to agree to the addition of 30 disputed facts to the draft joint statement.

6. After many hours attempting to and ultimately agreeing on a majority of the undisputed facts, it became clear that there was not enough time left to attempt to agree on the relevant disputed facts. Therefore, in an email sent at 6:45 p.m. on March 27, 2014, I apologized to opposing counsel and advised them to file the Joint Statement as to Foss and Moller only.

7. The statement of facts contained in the Plaintiffs' Separate Pretrial Statement is an accurate portrayal of the facts in this case as my clients and I believe them to be.

Respectfully submitted:

Dated: March 27, 2014                                  Black & Rice LLP


                                                       ___/s/ Autumn E. Luna___
                                                       AUTUMN E. LUNA
                                                       Attorney for Plaintiffs
                                                       Jennifer and Gregory House